**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lorenzo ADDERLY, a/k/a Son–Son, a/k/a Kendrick A. McKenzie, Defendant–Appellant.**

**No. 01–7102.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Lorenzo Adderly, pro se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Lorenzo Adderly appeals from the district court's order denying his motion for reconsideration of the order in which the district court granted Adderly's Fed. R.Civ.P. 60(b) motion, amended his criminal judgment, and reduced his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Adderly,* No. CR–95–74 (E.D.Va. May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.